

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:           01-12-00986-CV

Style:                  Albert Prevot

                        **v** BankcorpSouth Bank f/k/a Bank of Mississippi

Date motion filed[*]:   June 6, 2013

Type of motion:         Motion for extension of time to file appellee's brief

Party filing motion:    Appellee

Document to be filed:   Appellee's brief

Is appeal accelerated?    No

If motion to extend time:
    Original due date:                          March 13, 2013
    Number of previous extensions granted:      2          Current Due date:  June 21, 2013
    Date Requested:                             August 20, 2013

Ordered that motion is:

    ☑       Granted

            If document is to be filed, document due:  August 20, 2013

            ☑       The Court will not grant additional motions to extend time

    ☐       Denied

    ☐       Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐       Other: _____

    **Under normal circumstances, we do not grant extensions of time past 90 days.  In light of the circumstances in this case, however, we grant appellee's motion.  Nevertheless, no further extensions of time will be granted, and the case will be set at issue without appellee's brief if appellee fails to file said brief by August 20, 2013.**

Judge's signature:    /s/ Jim Sharp
                      ☑ Acting individually      ☐ Acting for the Court

Panel consists of     _____

Date: June 20, 2013

November 7, 2008 Revision